IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19CR00047-001D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBIN HILDRED, ) | ORDER TO UNSEAL |
| ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| SUN LIFE FINANCIAL, ) | |
| ) | |
| Garnishee. ) | |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [D.E. #53], the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [D.E. #59, 59-1] in the above-captioned case be unsealed.

This the 18 day of April, 2022.

JAMES C. DEVER III
United States District Court Judge